**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| BELL SEMICONDUCTOR, LLC | § | |
| | § | |
| v. | § | Case No. 2:20-CV-0048-JRG |
| | § | |
| TEXAS INSTRUMENTS INCORPORATED | § | |

**ORDER**

Previously, the Court appointed Scott Woloson as the technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed.  The Court has received Mr. Woloson's invoice for services through February 21, 2021 in the amount of $28,429.47 and hereby **ORDERS** payment to be promptly made as follows:

| | |
|---|---|
| Plaintiff: | $14,214.74 |
| Defendants: | $14,214.74 |

Defendants are hereby ORDERED to appoint a lead counsel to collect payment from Defendants and to make a single payment to Mr. Woloson on behalf of all Defendants.

**SIGNED this 12th day of March, 2021.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE